JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | | |
|---|---|---|
| KELSEY DRU GLEGHORN, | ) | No. CV 21-6247-CJC (PLA) |
| Plaintiff, | ) | **ORDER DISMISSING CASE WITHOUT PREJUDICE** |
| v. | ) | |
| M. METE, et al., | ) | |
| Defendant(s). | ) | |

On August 2, 2021, plaintiff filed a pro se civil rights action herein pursuant to 42 U.S.C. § 1983.  On September 22, 2021, the Court denied plaintiff's Application to proceed in forma pauperis (ECF No. 2), based on his status as a three-strikes litigant pursuant to 28 U.S.C. § 1915(g).  (ECF No. 5).  The Court ordered plaintiff to pay the full filing fee within 30 days of the date of that Order and advised him that failure to do so would result in this case being dismissed. (Id.).  Plaintiff has failed to pay the fees, or otherwise respond to the September 22, 2021, Order, and his time for doing so has expired.  Accordingly, the case is now **dismissed**.

DATED: November 1, 2021

_____
HONORABLE CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE